IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Candelario Hernandez,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>        Defendant. | No. CV 05-2887 PHX NVW (LOA)<br><br>**ORDER** |

   Before the court is Defendant's Motion to Set Aside Entry of Default (doc. # 13). No response was filed by Plaintiff. On September 25, 2006, United States Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R & R") (doc. # 17) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommends that the Defendant's Motion to Set Aside Entry of Default be granted and that entry of default be set aside. No objections to the R & R were filed.

   The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and grant the Motion to Set Aside Entry of Default. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

   IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Anderson (doc. #17).

Case 2:05-cv-02887-NVW-LOA    Document 19    Filed 10/17/06    Page 2 of 2

1   IT IS FURTHER ORDERED that Defendant's Motion to Set Aside Entry of Default
2   (doc. # 13) is granted, and the Clerk of the Court shall set aside the Entry of Default (doc. #
3   12) as against Defendant Joseph Arpaio.

4   DATED this 17th day of October 2006.

```
                    /s/ Neil V. Wake
                    Neil V. Wake
                    United States District Judge
```